**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
| )  | |
| **Plaintiff,**     ) | |
| ) | |
| v.     ) | No. 4:14CR00067 RWS/TIA |
| ) | |
| **PETER A. GIAMBALVO,**     ) | |
| ) | |
| **Defendant.**     ) | |

## NOTICE OF APPEAL

Notice is hereby given that Peter A. Giambalvo, the defendant in the above-captioned case ("Defendant"), hereby appeals to the United States Court of Appeals for the Eighth Circuit. This notice follows this Court's Judgment in a Criminal Case entered January 8, 2014 (Doc. No. 134) and this Court's acceptance of guilty verdicts returned by the jury in this case on all nine counts of the indictment. Defendant respectfully provides notice of his intent to evaluate and pursue any and all meritorious appellate arguments in this case.

This Notice is timely as it is being filed within fourteen days after the entry of the judgment being appealed. *See* Federal Rule of Appellate Procedure 4.

Pursuant to Local Rule 12.07(A), this Notice is being filed by Defendant's counsel, Justin K. Gelfand, on Defendant's behalf and pursuant to Defendant's request.

Respectfully submitted,

Capes, Sokol, Goodman & Sarachan, P.C.

**/s/ JUSTIN K. GELFAND**
JUSTIN K. GELFAND, #62265
ATTORNEY FOR DEFENDANT
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 505-5404
Facsimile: (314) 505-5405
gelfand@capessokol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the United States of America, by and through its counsel, Steven Muchnick, AUSA.

Respectfully submitted,

Capes, Sokol, Goodman & Sarachan, P.C.

**/s/ JUSTIN K. GELFAND**
JUSTIN K. GELFAND, #62265
ATTORNEY FOR DEFENDANT
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 505-5404
Facsimile: (314) 505-5405
gelfand@capessokol.com