# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1136

United States of America

Appellee

v.

Peter A. Giambalvo

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cr-00067-RWS-1)

_____

## MANDATE

In accordance with the opinion and judgment of 01/13/2016, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

February 03, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit